UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | DOCKET NO. 3:02CR3 (EBB) |
| | : | |
| Annelle Martin | : | |

POST-JUDGMENT STIPULATION

Whereas, on August 28, 2002 a criminal judgment was entered against the defendant, Annelle Martin, in which she was ordered to pay restitution in the amount of $415,795.96; and

Whereas, the Government and the defendant, Annelle Martin, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the Government and Annelle Martin and ORDERED by this Court that:

1. Annelle Martin shall, commencing October 15, 2006, make monthly payments of at least $275.00 on the **15th** day of each and every month.

2. Commencing on June 15, 2007 and every month thereafter, Annelle Martin shall increase her monthly payments to at least $300.00 on the **15th** day of each and every month.

9.  Annelle Martin agrees to complete a financial statement upon the Government's request.

10. The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of Annelle Martin's financial circumstances.

11. Annelle Martin's failure to comply with the payment schedule set forth in Paragraphs 1 through 6 above shall entitle to Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

12. In addition to regular monthly payments, in accordance with Paragraph 1, the Government may submit the debt to the Treasury Department for inclusion in the Treasury Offset Program. Under this program, any federal payment to which Annelle Martin is entitled may be offset and applied to this debt.

13. The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

14. Nothing in this agreement shall limit the right of the Government to utilize any collection remedy allowed by law to

seize and liquidate any asset in which Annelle Martin has an ownership interest.

Entry of the foregoing stipulation is consented to by:

For the Government:

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DATED: October 30, 2006

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT  06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

For the Defendant:

DATED: 10-23-06

ANNELLE MARTIN
BRONX, NEW YORK

APPROVED and SO ORDERED this _____ day of _____ 2006 at New Haven, Connecticut.

ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE